UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SERBENNIA CHASE<br>301 G Street, S. W.<br>Washington, D.C. 20024 | : <br> : <br> : <br> : | |
| Plaintiff | : <br> : | |
| v. | : <br> : | Case No: 1:09-cv-01572_____<br>Judge Rosemary M. Collyer |
| DISTRICT OF COLUMBIA<br>Serve: Darlene Fields<br>Office of the Attorney General<br>441 4th Street. N.W. 6th Floor South<br>Washington, D.C. 20001 | : <br> : <br> : <br> : <br> : <br> : | |
| Serve: Diane Thaxton, Secretary<br>for the District of Columbia<br>1340 Pa. Ave. N.W.<br>Washington, D.C. 20001 | : <br> : <br> : <br> : <br> : | |
| Defendant | : | |

**NOTICE OF DISMISSAL**

Comes now the Plaintiff, Serbennia Chase, (Chase), by and through undersigned counsel, and voluntarily dismisses this case, without prejudice, pursuant to: Federal Rule of Civil Procedure 41 (a)(1).

Respectfully submitted,

*s/s Wendell C. Robinson*
Wendell C. Robinson, 377091
Counsel for the Plaintiff
4308 Georgia Ave. N.W.
Washington, D.C. 20011
202-223-4470

2